Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Co-Lead Counsel for Lead Plaintiffs*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM VIGNOLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS, INC., ANDREW A. WIEDERHORN, RON ROE, JAMES NEUHAUSER, EDWARD H. RENSI, MARC L. HOLTZMAN, SQUIRE JUNGER, SILVIA KESSEL, JEFF LOTMAN, FOG CUTTER CAPITAL GROUP INC., and TRIPOINT GLOBAL EQUITIES, LLC,<br><br>Defendants. | No. 2:18-cv-07469-PSG-PLA<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>CLASS ACTION<br><br>Judge: Hon. Philip S. Gutierrez<br>Hearing Date: January 27, 2020<br>Time: 1:30 p.m.<br>CTRM:  6A – First Street Courthouse<br><br>Complaint Filed: August 24, 2018 |

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION;
No. 2:18-cv-07469-PSG-PLA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 27, 2020, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6A of the United States District Court for the Central District of California, First Street Courthouse, located at 350 West 1st Street, Los Angeles, California 90012, before the Honorable Philip S. Gutierrez, Lead Plaintiffs Charles Jordan and David Kovacs, by and through their counsel, will and hereby do move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order:

1. Certifying this action as a class action on behalf of the following class: All persons and entities who purchased the publicly traded securities of FAT Brands, Inc. ("FAT Brands") pursuant and/or traceable to FAT Brands' October 23, 2017 initial public stock offering (the "Class"). Excluded from the Class are Defendants, all present and former officers and directors of FAT Brands and any subsidiary thereof, members of such excluded persons' families and their legal representatives, heirs, successors or assigns and any entity which such excluded persons controlled or in which they have or had a controlling interest.

2. Appointing Lead Plaintiffs Charles Jordan and David Kovacs as Class Representatives;

3. Appointing the Rosen Law Firm, P.A. and Kaskela Law LLC as co-Class Counsel; and

4. Granting such other and further relief as the Court may deem just and proper.

Class certification and the appointment of Plaintiffs as Class Representatives are proper, where, as here, the Class is so numerous that joinder of all members is impracticable, common questions of law and fact exist, Plaintiffs' claims are typical of the Class claims, Plaintiffs and their counsel will fairly and adequately represent the class, common questions predominate, and a class action is superior to individual

1

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION;
No. 2:18-cv-07469-PSG-PLA

actions. Additionally, the appointment of Class counsel is proper, where, as here, counsel is well qualified to represent the class.

Dated: November 22, 2019          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel. (213) 785-2610
Fax: (213) 226-4684
Email: lrosen@rosenlegal.com

Joshua Baker (admitted *pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jbaker@rosenlegal.com

**KASKELA LAW LLC**
D. Seamus Kaskela (admitted *pro hac vice*)
18 Campus Blvd., Suite 100
Newtown Square, PA 19073
Tel: (484) 258-1585
Email: skaskela@kaskelalaw.com

*Co-Lead Counsel for Lead Plaintiffs*

NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION;
No. 2:18-cv-07469-PSG-PLA

**ROBBINS LLP**
Stephen J. Oddo
Gregory Del Gaizo
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Email: gdelgaizo@robbinsllp.com
         soddo@robbinsllp.com

*Additional Counsel for Plaintiffs*

3

# **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with the Rosen Law Firm, P.A.  I am over the age of eighteen. On November 22, 2019, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Executed on November 22, 2019

/s/ Laurence M. Rosen

4