

E-FILED
OCT 13 2020
Document #_____

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM VIGNOLA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FAT BRANDS, INC., ANDREW A. WIEDERHORN, RON ROE, JAMES NEUHAUSER, EDWARD H. RENSI, MARC L. HOLTZMAN, SQUIRE JUNGER, SILVIA KESSEL, JEFF LOTMAN, FOG CUTTER CAPITAL GROUP INC., and TRIPOINT GLOBAL EQUITIES, LLC,<br><br>Defendants. | No. 2:18-cv-07469-PSG-PLA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**<br><br>Judge: Hon. Philip S. Gutierrez<br>Hearing Date: N/A<br>Time: N/A<br>CTRM: 6A – First Street Courthouse |

1

[PROPOSED] ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)– No. 2:18-cv-07469-PSG-PLA

The Court, having considered the Stipulation for Voluntary Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41(a), HEREBY ORDERS as follows:

1. The above-captioned action is dismissed with prejudice in its entirety.
2. The Court shall retain jurisdiction for the sole purpose of enforcing the Parties' Settlement Agreement.
3. The Parties are to bear their own costs, fees, and expenses.
4. No notice of this dismissal or the Settlement Agreement is required as: (a) Plaintiffs are settling and dismissing their individual claims; and (b) the Court denied certification of the putative class.

**IT SO ORDERED.**

Dated: 10/13/2020

HON. PHILIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE